916

■ MARY R. GEREN, an Infant, by TIMOTHY J. GEREN, Her Guardian ad Litem, Plaintiff, v. GERALD FITZGERALD, Defendant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before August 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARY J. CERQUA, Appellant, v. UNITED TRACTION COMPANY, Defendant, and FRANK BREARTON, Respondent. FRANK BREARTON, Respondent, v. UNITED TRACTION COMPANY, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PHYLLIS EDICK, Plaintiff, v. ALBERT JACOBSON, as Administrator of the Estate of STEPHEN T. FELBER, Deceased, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of STEPHEN HUTNIKOFF, Respondent, against KNESE MARINE SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLTON RAY THIERRY, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER BUZZETTI, Appellant.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

## (June 17, 1959)

■ DORIS BOYCE, Respondent, v. GEORGE HART, as President of Local Union No. 65 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Appellant.— Appeal from an order of a Special Term, Supreme Court, Tompkins County. The amended complaint to which the motion to dismiss is addressed states a cause of action on its face. It alleges plainly and expressly that the plaintiff performed work for the defendant unincorporated association at the request of the defendant Hart, sued as president, and that with full knowledge of the facts the members of the Association ratified the plaintiff's contract of employment. For the purpose of the motion addressed to the pleading this statement of ratification must be deemed to be true whether it is, as appellant argues, an " afterthought " in the amended pleading or not. A good cause of action within *Martin* v. *Curran* (303 N. Y. 276) is now stated. Order affirmed, with $10 costs. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.